EXHIBIT A:  Unclaimed Creditor Returns on Closed Cases

Office of Tom Vaughn Chapter 13 Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 01) | 04 B 36886 | Reed, Robert Lee | Robert Lee Reed<br>Nancy Katherine Reed<br>1818 N 36th Ave 2<br>Stone Park IL  60165 | $1,434.21 | Check issued to debtor returned not deliverable as addressed.<br>Unable to forward.  Unable to locate debtor. |
| 02) | 06 B 00467 | Taiwo, Taiwo D | Household Bank<br>1301 E Tower Rd<br>Schaumburg IL 60173 | $200.00 | Money disbursed to creditor returned unable to locate account with info provided. No other information available. Unable to locate creditor. |
| 03) | 06 B 06153 | Mendez, Miguel | Miguel Mendez<br>2906 E 97th St<br>Chicago IL  60617 | $19.71 | Checks issued to debtor not presented within 90 days |
| 04) | 06 B 10269 | Garner, Troy | Troy Garner<br>Debra J Garner<br>47 N Pine LN<br>Glenwood IL 60425 | $1,295.47 | Checks issued to debtor not presented within 90 days |
| 05) | 06 B 12476 | Stewart, Robert L | Robert L Stewart<br>Dorothy W.Stewart<br>4900 W 187th St<br>Country Club Hills IL 60478 | $1.13 | D2 deceased |
| 06) | 07 B 04193 | Pomonis, Glenn T | Glenn T Pomonis<br>17014 Ozark Ave<br>Tinley Park IL  60477 | $13.14 | Check issued to debtor not presented within 90 days |
| 07) | 07 B 11914 | Adisa, Debra A | Debra A Adisa<br>1002 W 103rd PL<br>Chicago IL 60643 | $1.02 | Check issued to debtor not presented within 90 days |

EXHIBIT A:  Unclaimed Creditor Returns on Closed Cases

Office of Tom Vaughn Chapter 13 Trustee

| # | Case No. | Debtor | Address | Amount | Notes |
|---|---|---|---|---|---|
| 08) | 07 B 13643 | Rollins, Jameka L | Jameka L. Rollins<br>6506 S Maplewood # 1<br>Chicago IL 60629 | $26.85 | Check issued to debtor not presented within 90 days |
| 09) | 07 B 16117 | Norvell, Roy | Roy Norvell<br>8011 S Komensky<br>Chicago IL 60652 | $773.95 | Check issued to debtor returned, attempted not known - unable to locate debtor - unable to forward. |
| 10) | 07 B 16709 | Raines, Oliver Lavoy | Oliver Lavoy Raines<br>Mae Frances Raines<br>7312 S Wolcott Ave<br>Chicago IL 60636 | $5,237.58 | D2 deceased.  Mailed small estate affidavit to D1. No response. |
| 11) | 07 B 24595 | Campbell, Doretta | Doretta Campbell<br>7301 Circle Ave #307<br>Forest Park IL 60130 | $5.83 | Check issued to debtor not presented within 90 days |
| 12) | 07 B 21015 | Harris, Alfredetta R | Alfredetta R Harris<br>12238 S Longwood Dr<br>Blue Island IL  60406 | $17.93 | Check issued to debtor returned FTE.  Mailed add verification ltr to debtor.  No response |
| 13) | 07 B 21168 | Davis, Yolanda D | Yolanda D Davis<br>617 E 103rd PL<br>Chicago IL  60628 | $78.63 | Check issued to debtor returned to sender. Attempted not known.  Unable to forward. Unable to locate debtor. |
| 14) | 08 B 01209 | Wilson, Erika L. | Erika L Wilson<br>7823 S Morgan<br>Chicago IL 60620 | $5.77 | Check issued to debtor not presented within 90 days |
| 15) | 08 B 08591 | Johnson, Taketia D | Taketia D Johnson<br>323 Osage St<br>Park Forest IL  60466 | $87.04 | Check issued to debtor returned moved.  Left no address. Unable to forward.  Mailed curr add ltr to employer.  No response. |

Case 07-16709   Doc 63-1   Filed 12/26/12   Entered 12/26/12 09:35:46   Desc Exhibit
Page 3 of 6

EXHIBIT A:  Unclaimed Creditor Returns on Closed Cases

Office of Tom Vaughn Chapter 13 Trustee

| | | | | | |
|---|---|---|---|---|---|
| 16) | 08 B 12218 | Fomond, Robert | Robert Fomond<br>7710 N Sheridan St #504<br>Chicago IL  60626 | $398.61 | Check issued to debtor returned to sender.<br>Attempted not known.  Unable to forward.<br>Unable to locate debtor. |
| 17) | 08 B 14223 | Harris, Allen | Allen Harris<br>1006 Sudbury Dr<br>Joliet IL 60435 | $42.87 | Check issued to debtor not presented within 90 days. |
| 18) | 08 B 16403 | Quirk, James P | James P Quirk<br>7600 Coach Rd<br>Palos Heights IL 60463 | $4.97 | Check issued to debtor not presented within 90 days |
| 19) | 08 B 17562 | Edwards, Claudette | Claudette Edwards<br>11724 S Wentworth Ave<br>Chicago IL 60628 | $777.96 | Check issued to debtor returned to sender.<br>Vacant.  Unable to forward.<br>Unable to locate debtor. |
| 20) | 08 B 18499 | Bottos, Abdel | Abdel Bottos<br>6335 N Lakewood<br>Chicago IL 60660 | $288.75 | Check issued to debtor returned insufficient address.<br>Unable to forward.  Unable to locate debtor. |
| 21) | 08 B 24136 | Cooper, Michael R | Michael R Cooper<br>424 W Diversey #323<br>Chicago IL 60614 | $162.77 | Check issued to debtor returned attempted not known.<br>Unable to forward. Unable to locate debtor. |
| 22) | 08 B 24404 | Smith, Howard D | Howard D Smith<br>1443 W 67th St 2nd Flr<br>Chicago, IL 60636 | $285.03 | Mailed add verification ltr to debtor.  No<br>response. |
| 23) | 08 B 33867 | Davis, Keara K | City of Chicago Dept of Revenue<br>% Arnold Scott Harris<br>222 Merchandise Mart PLZ  #1900<br>Chicago IL  60654 | $477.61 | Checks issued to creditor not presented<br>within 90 days |

| # | Case No. | Debtor | Address | Amount | Notes |
|---|---|---|---|---|---|
| 24) | 08 B 34829 | Lee, Stephanie Valentine | Stephanie Valentine Lee<br>1440 W 80th St #1<br>Chicago IL 60620 | $108.15 | Check issued to debtor returned to sender.<br>Attempted - not known Unable to forward<br>Can not locate debtor |
| 25) | 09 B 16968 | Ward, Fred | Fred Ward<br>336 Bensley Ave<br>Calumet City IL 60409 | $14.73 | Checks issued to debtor not presented within 90 days |
| 26) | 09 B 32127 | Rusnac, Ezeckel M | Ezeckel M Rusnac<br>5301 S 73rd Ct #2<br>Summit Argo IL 60501 | $10.46 | Check issued to debtor not presented within 90 days |
| 27) | 09 B 35119 | Nieft, Erica Lynne | Erica Lynne Nieft<br>7012 W 98th St #3B<br>Chicago IL 60415 | $5.69 | Check issued to debtor not presented within 90 days |
| 28) | 09 B 41330 | Miller, Michael A | Michael A Miller<br>Charlene C Miller<br>14622 Kildare Ave<br>Midlothian IL 60445 | $9.02 | Check issued to debtors not presented within 90 days |
| 29) | 09 B 42450 | Rodriguez, Wanda Y | Wanda Y Rodriguez<br>1942 N 17th Ave #7<br>Melrose Park IL 60160 | $56.74 | Check issued to debtor FTE.<br>Mailed curr add ltr to employer<br>Mailed add verification ltr to debtor |
| 30) | 09 B 45405 | Green, Ardelia | Ardelia Green<br>6482 Woodward Ave #312<br>Downers Grove IL 60516 | $22.87 | Check issued to debtor returned not deliverable as addressed. Unable to forward.<br>Can not locate debtor |
| 31) | 09 B 47190 | Lee, Catrina M | Catrina M Lee<br>7301 S Claremont<br>Chicago IL 60636 | $8.64 | Check issued to debtor not presented within 90 days |

EXHIBIT A: Unclaimed Creditor Returns on Closed Cases

Office of Tom Vaughn Chapter 13 Trustee

| # | Case No. | Name | Address | Amount | Notes |
|---|---|---|---|---|---|
| 32) | 09 B 49083 | Henry, Kameka L | Kameka L Henry<br>1155 West 83rd St #314<br>Chicago IL 60620 - 3175 | $440.30 | Check issued to debtor returned to sender.<br>Attempted not known. Unable to forward.<br>Unable to locate debtor. |
| 33) | 10 B 02830 | McClinton, James E | James E. McClinton<br>Josephine McClinton<br>4218 179th St<br>Country Club Hills IL 60478 | $2.28 | Check issued to debtor not presented within 90 days |
| 34) | 10 B 26681 | Justice, Suriztha R | Suriztha R Justice<br>3440 Steele St<br>Memphis TN 38127 | $17.77 | Checks issued to debtor not presented<br>within 90 days |
| 35) | 10 B 30405 | Emery, Charlotte | Charlotte Emery<br>Arnold Emery Sr<br>5200 S Ellis Ave #605N<br>Chicago IL 60615 | $9.34 | Check issued to debtor not presented within<br>90 days |
| 36) | 10 B 38820 | Hudson, Frank | Frank Hudson<br>11418 S Hermosa<br>Chicago IL 60643 | $1.51 | Check issued to debtors not presented<br>within 90 days |
| 37) | 10 B 40414 | Milam, Robin H | Robin H Milam<br>3019 Macheath Crest<br>Flossmoor IL 60422 | $34.01 | Check issued to debtor returned attempted not known.<br>Unable to forward. Mailed current address letter to employer.<br>No response. |
| 38) | 10 B 45615 | Arias, Loncio | Loncio Arias<br>7509 N Kenneth<br>Skokie IL 60676 | $5.00 | Check issued to debtor not presented<br>within 90 days |
| 39) | 10 B 48286 | Brunt, Stephanie Latrice | Stephanie Latrice Brunt<br>200 Park Ave #229<br>Calumet City IL 60409 | $56.20 | Check issued to debtor FTE. Mailed curr add ltr to<br>employer. Mailed add verification ltr to debtor.<br>No response. |

EXHIBIT A: Unclaimed Creditor Returns on Closed Cases
Office of Tom Vaughn Chapter 13 Trustee

| | | | | | |
|---|---|---|---|---|---|
| 40) | 10 B 54952 | Bitts, Shelia | Shelia Bitts<br>1447 W Arthur 25<br>Chicago IL 60626 | $741.96 | Check issued to debtor returned FTE. Mailed add verification ltr to debtor and curr add ltr to employer. No response. Unable to locate debtor. |
| 41) | 11 B 20158 | Bartel, Ross | Ross Bartel<br>1332 N Bosworth Ave #1<br>Chicago IL 60642 | $3.00 | Check issued to debtor not presented within 90 days |
| 42) | 11 B 23697 | Smith, William J | William J Smith<br>9615 S Green St<br>Chicago IL 60643 | $9.74 | Check issued to debtor not presented within 90 days. |
| 43) | 11 B 48164 | Folston, Gamele W | Gamele W Folston<br>6908 N Wolcott #2W<br>Chicago IL 60626 | $70.66 | Check issued to debtor returned. Attempted not known. Unable to forward. Unable to locate debtor. |
| 44) | 12 B 05891 | Randall Sr., William G | William G Randall Sr.<br>207 S Kilbourn Ave<br>Chicago IL 60624 | $310.45 | Check issued to debtor returned. Attempted not known. Unable to forward. Unable to locate debtor. |

$13,575.35